UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO ARENAS MELENDEZ,<br><br>          Plaintiff,<br><br>  -against-<br><br>FORDHAM PIZZA 19 CORP., et al.,<br><br>          Defendants. | 23-cv-10848 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Because Defendants have submitted an answer and this case is referred to Magistrate Judge Cott for general pretrial purposes, the March 22 conference is CANCELED.

  SO ORDERED.

Dated: January 22, 2024
    New York, New York

                         ARUN SUBRAMANIAN
                        United States District Judge