```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GERARDO ARENAS MELENDEZ,

                 Plaintiff,

     -v-

FORDHAM PIZZA 19 CORP., *et ano.*,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

23-CV-10848 (AS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    WHEREAS, the parties reported a settlement in principle at today's status conference;

    IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than July 15, 2024** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    The parties should submit their settlement papers to Judge Subramanian, unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c). Consent forms are available on the Court website.

    **SO ORDERED.**

Dated: June 10, 2024
       New York, New York

                                                 _____
                                                 JAMES L. COTT
                                                 United States Magistrate Judge